Losure v. Miller.

WILSON LOSURE v. JACOB M. MILLER.

FILED JUNE 19, 1895. No. 6137.

Review: MOTION FOR NEW TRIAL: SUFFICIENCY OF EVIDENCE. An objection that the findings and judgment are not sustained by the evidence will not be considered by this court where the record does not disclose that a motion for a new trial, setting up that ground was presented to the trial court and a ruling obtained on the motion.

ERROR from the district court of Knox county. Tried below before ALLEN, J.

34

*O. W. Rice* and *W. L. Henderson*, for plaintiff in error.

*J. H. Berryman, contra.*

NORVAL, C. J.

This is an action to recover damages for an alleged malicious prosecution. There was a trial to the court, a jury being waived, with findings and judgment for the plaintiff. The defendant prosecutes a petition in error to this court.

But a single proposition is discussed in the briefs, and that is the evidence in the case is insufficient to sustain the findings and judgment; and this question cannot be considered by this court, for the reason the record fails to disclose that a ruling of the trial court was made upon the motion for a new trial. (*Hull v. Miller*, 6 Neb., 128; *Smith v. Spaulding*, 34 Neb., 128; *Scroggin v. National Lumber Co.*, 41 Neb., 195.) The judgment is

AFFIRMED.